IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Estate of MARY JEAN GRILLO by<br>ANTHONY GRILLO,**<br>**Personal Representative, et al.** | * |
| | * |
| **Plaintiff,** | * |
| v. | **CIVIL ACTION NO.:** |
| | * |
| **P&S TRANSPORTATION, LLC, et al.** | |
| | * |
| **Defendants.** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Petitioner/Defendant, P&S Transportation, LLC (hereinafter referred to as "Defendant" or "Petitioner") (incorrectly identified in the Complaint as "P AND S TRANSPORTATION, LLC")[1], by its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby files this Notice of Removal of this action from the Circuit Court for Anne Arundel County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Petitioner, P&S Transportation, LLC, has been named as a Defendant in a suit filed in the Circuit Court for Anne Arundel County, Case No.: C-02-CV-21-001133. Suit was originally filed on August 19, 2021. Petitioner, P&S Transportation, LLC was served on November 9, 2021.

2. Plaintiff, Estate of Mary Jean Grillo, by Anthony Grillo, Personal Representative of the Estate of Mary Jean Grillo, is a citizen of the State of Virginia.

---

[1] Plaintiffs incorrectly named "P AND S TRANSPORTATION, LLC" in the Complaint and *purportedly* served Salifou Salvadogou, 6600 Laurelton Avenue, Baltimore, Maryland 21234 as the "Registered Agent." However, the named entity, a Maryland limited liability company, has no legal or factual relationship to the proper entity, P&S Transportation, LLC, an Alabama limited liability company. Plaintiffs *actually* served the proper entity, P&S Transportation, LLC, via its Alabama resident agent, Corporation Service Company, Inc., 641 South Lawrence Street, Montgomery, Alabama, 36104. *See* Writ of Summons, attached hereto as **Exhibit A**.

1

3. Plaintiff, Anthony Grillo, is a citizen of the State of Virginia.

4. Plaintiff, Jeanne Marie Grillo, is a citizen of the State of Maryland.

5. Plaintiff, Ann Marie Grillo, is a citizen of the State of Virginia.

6. Plaintiff, John Grillo, is a citizen of the State of Maryland.

7. Defendant, P&S Transportation, LLC, is an Alabama limited liability company with its principal office located in Birmingham, Alabama.

8. Defendant, Tramaine Thompson, is a citizen of the State of North Carolina.

9. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1331, and Title 28 U.S.C. §1332.  Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

10. Filed herewith are copies of the Writ of Summons for P&S Transportation, LLC (**Exhibit A**) and Plaintiffs' Complaint (**Exhibit B**) that were served on Petitioner on November 9, 2021.

11. The above-entitled matter is a civil action in which the Plaintiff seeks compensation against Petitioner/Defendant, P&S Transportation, LLC and Defendant, Tramaine Thompson, damages arising from a motor vehicle accident that occurred on February 4, 2019.

12. Petitioner, P&S Transportation, LLC, is entitled to removal because there is complete diversity of citizenship between the Plaintiffs and Defendants, and the amount in controversy exceeds $75,000.00.  Plaintiff, Estate of Mary Jean Grillo, by Anthony Grillo, Personal Representative of the Estate of Mary Jean Grillo, is a citizen of the State of Virginia.  Plaintiff, Anthony Grillo, is a citizen of the State of Virginia.  Plaintiff, Jeanne Marie Grillo, is a citizen of the State of Maryland.  Plaintiff, Ann Marie Grillo, is a citizen of the State of Virginia.  Plaintiff, John Grillo, is a citizen of the State of Maryland.  Defendant, P&S Transportation,

LLC is an Alabama limited liability company and has a principal place of business in the State of Alabama. Defendant, Tramaine Thompson, is a citizen of the State of North Carolina. Plaintiffs' Complaint seeks judgment in the amount of $5,000,000.00 in damages.

13. All Defendants were served and consented to this Notice of Removal prior to removal.

WHEREFORE, Petitioner/Defendant, P&S Transportation, LLC, respectfully requests that the above-entitled action be removed from the Circuit Court for Anne Arundel County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

/s/ *Patrick F. Toohey*
Andrew T. Stephenson, Esq. (Fed Bar No.: 26504)
Patrick F. Toohey, Esq. (Fed Bar No.: 20723)
FRANKLIN & PROKOPIK, P.C.
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
[t] (410) 752-8700
[f] (410) 752-6868
astephenson@fandpnet.com
ptoohey@fandpnet.com
*Attorneys for Defendants*
*P&S Transportation, LLC and*
*Tramaine Thompson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 8th day of December 2021 a copy of Defendant, P&S Transportation, LLC.'s, Notice of Removal, was filed electronically through the Court's ECF system and mailed, first-class mail, postage prepaid to:

Kevin M. Leach, Esq.
Turbitt & O'Herron, PLLC
8996 Burke Lake Road, Suite 304
Burke, VA  22015
*Attorneys for Plaintiffs*

                                            /s/ *Patrick F. Toohey*
                                            Patrick F. Toohey